1146

No. 98–1050. Battle v. District Court of Appeal of Florida, Fifth District, et al. C. A. 11th Cir. Certiorari denied.

No. 98–1053. Dorsey v. Lehman Brothers Holdings et al. Super. Ct. N. J., App. Div. Certiorari denied.

No. 98–1060. Orange County v. Myers. C. A. 2d Cir. Certiorari denied.

No. 98–1067. Choe v. Gilmore, Warden. C. A. 7th Cir. Certiorari denied.

No. 98–1073. Hernandez v. Lockridge et al. C. A. 5th Cir. Certiorari denied.

No. 98–1075. Stillo v. Hedrick et al. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 98–1078. Phelps v. Kansas. C. A. 10th Cir. Certiorari denied.

No. 98–1080. Vlasic Foods International, Inc. v. DeForest, Executrix of the Estate of Zender et al. C. A. 9th Cir. Certiorari denied.

No. 98–1081. Crenshaw v. Disciplinary Commission of the Supreme Court of Indiana. C. A. 7th Cir. Certiorari denied.

No. 98–1083. Olson et al. v. United States. C. A. 9th Cir. Certiorari denied.

No. 98–1084. R. J. Corman Railroad Corp. v. Louisville Gas & Electric Co. Ct. App. Ky. Certiorari denied.

No. 98–1087. Ferrara v. Michigan Judicial Tenure Commission. Sup. Ct. Mich. Certiorari denied.

No. 98–1095. LaSalle National Bank et al. v. Teachers Insurance and Annuity Association of America. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 98–1096. Cenex, Inc., fka Farmers Union Central Exchange, Inc. v. United States. C. A. Fed. Cir. Certiorari denied.